**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

No. 99-2082

───────────────

PAUL M. BLOWE,

                                    Plaintiff - Appellant,

        versus

COMMONWEALTH  OF  VIRGINIA,  Department  of
Transportation,

                                    Defendant - Appellee.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca B. Smith, District Judge. (CA-99-1139-2)

───────────────

Submitted:  December 7, 1999          Decided:  January 4, 2000

───────────────

Before WIDENER and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Paul M. Blowe, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Paul M. Blowe appeals the district court's order denying relief in his civil action, which the district court construed as filed under 42 U.S.C.A. § 1983 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Blowe v. Commonwealth of Virginia, No. CA-99-1139-2 (E.D. Va. July 20, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2